

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-22-00099-CV

Alfredo Meneses **VELA**,
Appellant

v.

Maria Guadalupe **VELA**,
Appellee

From the County Court, Gillespie County, Texas
Trial Court No. 16603CCL
Honorable Christopher G. Nevins, Judge Presiding

PER CURIAM

Sitting:      Rebeca C. Martinez, Chief Justice
               Patricia O. Alvarez, Justice
               Luz Elena D. Chapa, Justice

Delivered and Filed: September 21, 2022

APPEAL DISMISSED FOR WANT OF PROSECUTION

Appellant's brief was due to be filed by June 30, 2022. On July 21, 2022, this court notified appellant the brief was late and instructed appellant to file a response in writing within ten days stating a reasonable explanation for failing to timely file the brief and demonstrate he is taking affirmative steps to remedy the deficiency.

On August 8, 2022, appellant filed a pro se response stating he is incarcerated and needs more time. On August 10, 2022, we granted the request for more time and ordered appellant to file, no later than September 7, 2022, his brief and a written response reasonably explaining (1)

his failure to timely file the brief, and (2) why appellee is not significantly injured by appellant's failure to timely file a brief. Our order cautioned appellant that if he failed to file a brief and the written response by September 7, 2022, we would dismiss the appeal for want of prosecution. *See* TEX. R. APP. P. 38.8(a); *see also* TEX. R. APP. P. 42.3(c) (allowing involuntary dismissal if appellant fails to comply with court order).

Appellant has not filed his brief; therefore, this appeal is dismissed for want of prosecution.

PER CURIAM